IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | CASE NUMBER 1:20-CR-52-MJT |
| § | JUDGE MICHAEL TRUNCALE |
| § | |
| § | |
| LETTIE MARIE MOORE § | |

## ORDER OVERRULING OBJECTIONS AND ADOPTING REPORT AND RECOMMENDATION

The Defendant, Lettie Marie Moore, filed a Motion for Compassionate Release pursuant to 18 U.S.C. § 3582. [Dkt. 44.] The Government filed a response. [Dkt. 47.] Pursuant to 28 U.S.C. § 636(b) and the Local Rules for the United States District Court for the Eastern District of Texas, this motion was before United States Magistrate Judge Christine L. Stetson. Judge Stetson issued a report with recommended findings of fact and conclusions of law stating that Defendant's motion should be denied. [Dkt. 49.] Moore filed objections to the report and recommendation. [Dkt. 50.]

The Court has considered Moore's objections and conducted a *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Criminal Procedure 59. Moore argues that she qualifies for compassionate release under policy statement 1B1.13(b) due to her incapacitated mother requiring a caregiver. She reiterates in her objections how serious her mother's condition is and how she has rehabilitated herself while incarcerated. She also notes that the BOP has made a recommendation for placement in a halfway house to start on March 24, 2026, or possibly as early as December 15, 2025.

While the Court is sympathetic to Moore and applauds her rehabilitation efforts, the Court agrees with Judge Stetson's recommendation to deny Moore's motion.  Considering the 3553 factors, the Court believes that completion of the remaining term of imprisonment appropriately reflects the seriousness of his offenses, deters future criminal conduct, and provides Moore with the needed structure for her continued rehabilitation.  Consequently, the Court OVERRULES Moore's objections [dkt. 50] and ADOPTS the Report and Recommendation [dkt. 49].  Moore's Motion for Compassionate Release and request for counsel [dkt. 44] are therefore DENIED.

**SIGNED this 15th day of April, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge